1  FRANK N. DARRAS #128904, Frank@DarrasLaw.com
   LISSA A. MARTINEZ #206994, LMartinez@DarrasLaw.com
2  SUSAN B. GRABARSKY #203004, SGrabarsky@DarrasLaw.com
3  PHILLIP S. BATHER #273236, PBather@DarrasLaw.com

4  **D DarrasLaw**

5  3257 East Guasti Road, Suite 300
   Ontario, California 91761-1227
6  Telephone:   (909) 390-3770
   Facsimile:   (909) 974-2121
7
   Attorneys for Plaintiff
8  STEVEN WEINSTEIN

9

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12  STEVEN WEINSTEIN,              Case No: CV13-1016-DMG (JCx)

13            Plaintiff,
                                   COMPLAINT FOR BENEFITS UNDER
14      vs.                        AN EMPLOYEE WELFARE BENEFIT
                                   PLAN
15

16  METROPOLITAN LIFE INSURANCE
    COMPANY; and, CITIGROUP
17  EMPLOYEE HEALTH AND WELFARE
    BENEFIT PLAN,
18

19            Defendants.

20

21      Plaintiff alleges as follows:

22      1.     This Court's jurisdiction is invoked pursuant to 28 U.S.C. §§ 1331, 1337

23  and 29 U.S.C. § 1132(a), (e), (f), and (g), of the Employee Retirement Income Security

24  Act of 1974, 29 U.S.C. § 1101, *et seq.* (hereafter "ERISA") as it involves a claim by

25  Plaintiff for Disability benefits under an employee benefit plan regulated and governed

26  under ERISA.  Jurisdiction is predicated under these code sections as well as 28 U.S.C.

27  § 1331 as this action involves a federal question.

28      2.     The events or omissions giving rise to Plaintiff's claim occurred in this

    judicial district, thus venue is proper here pursuant to 28 U.S.C. § 1391(b)(2), and the

1    ends of justice so require.

2        3.      The ERISA statute at 29 U.S.C. § 1133, in accordance with Regulations of

3    the Secretary of Labor, provides a mechanism for internal appeal of benefit denials.

4    Those avenues of appeal have been exhausted.

5        4.      Plaintiff is informed and believes and thereon alleges that the CITIGROUP

6    EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN ("Plan") is an employee welfare

7    benefit plan established and maintained by Citigroup Inc. to provide its employees and

8    those of its subsidiaries and affiliates, including Plaintiff, STEVEN WEINSTEIN ("MR.

9    WEINSTEIN"), with income protection in the event of a disability and is the Plan

10   Administrator.

11       5.      Plaintiff alleges upon information and belief that Defendant,

12   METROPOLITAN LIFE INSURANCE COMPANY, is, and at all relevant times was, a

13   corporation duly organized and existing under and by virtue of the laws of the State of

14   New York, authorized to transact and transacting the business of insurance in this state,

15   and, the insurer and Claims Administrator for the Plan.

16       6.      Plaintiff further alleges that venue is proper in this district pursuant to 29

17   U.S.C. § 1132(e)(2)[1] in that defendant METLIFE, which fully insured the policy and which

18   is ultimately liable if Plaintiff is found disabled, may be found in this district.  Since on or

19   about November 2, 1901, METLIFE has been registered as a corporation with the state of

20   California, has extensive contacts within the state, employs California residents, conducts

21   ongoing business within the state and therefore, may be found within the state.

22       7.      At all relevant times Plaintiff was a resident and citizen of the state of

23   California, an employee of Citigroup Inc., its successors, affiliates and/or subsidiaries,

24   and a participant in the Plan.

25       8.      Based upon information and belief, Plaintiff alleges that at all relevant

26

27   _____

28   [1] 29 USC section 1132(e)(2) provides: "Where an action under this subchapter is brought in a district court of the United States, it may be brought in the district where the plan is administered, where the breach took place, or where a defendant resides or may be found, and process may be served in any other district where a defendant resides or may be found."

1    times herein Plaintiff was covered under group disability policy number 113-7000-2-G

2    that had been issued by Defendant METLIFE to Citigroup Inc. to insure its Plan, and the

3    eligible participants and beneficiaries of the Plan, including Plaintiff.  A copy of the

4    Certificate of Insurance issued pursuant to the subject Policy is attached hereto as

5    Exhibit "A".

6         9.     Based upon information and belief, Plaintiff alleges that the subject Policy

7    promised to pay Plaintiff monthly long term disability benefits for a specified period of

8    time should he become disabled. Therefore, METLIFE both funds and decides whether

9    claimants will receive benefits under the Plan and as such suffers from a structural

10   conflict[2] which requires additional skepticism[3].

11        10.    Based upon information and belief, Plaintiff alleges that, according to the

12   terms of the Plan, if Plaintiff became disabled, METLIFE promised to pay long term

13   disability benefits to Plaintiff follows:

| Term | Provision |
|---|---|
| **Elimination Period** | 13 weeks of Total Disability, which will not include any time when you return to active work. |

17

18

[2] Where an administrator "both decides who gets benefits and pays for them, … it has a direct financial incentive to deny claims," and therefore "labors under … a conflict of interest." *Saffon v. Wells Fargo & Co. Long Term Disability Plan*, 511 F.3d 1206, 1211 (9th Cir. 2008). *See also Metropolitan Life Ins. Co. v. Glenn*, 128 S. Ct. 2343, 2349-50 (2008) (dual role where administrator both determines eligibility for benefits and funds benefits creates a conflict of interest). Pursuant to *Abatie*, "a reviewing court must always consider the inherent conflict that exists when a plan administrator both administers and funds it." *Saffon*, 511 F.3d at 1211 (quoting *Abatie v. Alta Health & Life Ins. Co.*, 458 F.3d 955, 967 (9th Cir. 2006)(emphasis added). "When reviewing a discretionary denial of benefits by a plan administrator who is subject to a conflict of interest, [the Court] must determine the extent to which the conflict influenced the administrator's decisions and discount to that extent the deference … accorded the administrator's decision." *Id.* at 1212. As the Supreme Court recently explained, the "conflict of interest...should prove more important (perhaps of great importance) where circumstances suggest a higher likelihood that it affected the benefits decision, including, but not limited to cases where an insurance company administrator has a history of biased claims administration."  *Glenn*, 128 S. Ct. at 2351.

[3] We must judge the reasonableness of the plan administrator skeptically where, as here, the administrator has a conflict of interest. Even without the special skepticism we are to apply in cases of conflict of interest, deference to the plan administrator's judgment does not mean that the plan prevails. "Deference" is not a "talismanic word[ ] that can avoid the process of judgment." The conflict of interest requires additional skepticism because the plan acts as judge in its own cause. [*Salomaa v. Honda Long Term Disability Plan*, 642 F.3d 666 (9th Cir. 2011)]

| Term | Provision | |
|---|---|---|
| **Monthly Benefit** | 60% of the first $500,000 of your Predisability Earnings, reduced by Other Income Benefits. | |
| **Maximum Monthly Benefit** | $25,000 | |
| **Minimum Monthly Benefit** | 10% of the Monthly Benefit before reductions for Other Income Benefits or $100, whichever is greater. | |
| **Maximum Benefit Duration** | **Age on Date Disability Starts** | **Maximum Benefit Duration** |
| | Less than 60 | To age 65 |
| **Disability** | **Class 1**: "Disabled" or "Disability" means that, due to sickness, pregnancy or accidental injury, you are receiving Appropriate Care and Treatment from a Doctor on a continuing basis; and 1. During the Elimination Period you are Totally Disabled; "Totally Disabled" or "Total Disability" means that, due to sickness, pregnancy or accidental injury, you are receiving Appropriate Care and Treatment from a Doctor on a continuing basis, and during your Elimination Period, you are unable to perform your Own Occupation for any employer in your Local Economy. 2. after your Elimination Period and during the next 24 month period, you are unable to earn more than 80% of your Predisability Earnings at your Own Occupation for any employer in your Local Economy; or 3. after the 24 months period, you are unable to earn more than 60% of your Predisability Earnings from any employer in your Local Economy at any gainful occupation for which you are reasonable qualified taking into account your training, education, experience and Predisability Earnings.<br><br>**Class 2**: "Disabled" or "Disability" means that, due to sickness, | |

| Term | Provision |
|------|-----------|
|      | pregnancy or accidental injury, you are receiving Appropriate Care and Treatment from a Doctor on a continuing basis; and<br><br>1. During the Elimination Period you are Totally Disabled;<br><br>2. after your Elimination Period and during the next 60 month period, you are unable to earn more than 80% of your Predisability Earnings at your Own Occupation for any employer in your Local Economy; or<br><br>3. after the 60 month period, you are unable to earn more than 60% of your Predisability Earnings from any employer in your Local Economy at any gainful occupation for which you are reasonable qualified taking into account your training, education, experience and Predisability Earnings.<br><br>**Class 3**: "Disabled" or "Disability" means that, due to sickness, pregnancy or accidental injury, you are receiving Appropriate Care and Treatment from a Doctor on a continuing basis and<br>1. During the Elimination Period you are Totally Disabled;<br>2. after your Elimination Period, you are unable to earn more than 80% of your Predisability Earnings at your Own Occupation from any employer in your Local Economy.<br>Your loss of earnings must be a direct result of your sickness, pregnancy or accidental injury. Economic factors such as, but not limited to, recession, job obsolescence, pay cuts and job-sharing will not be considered in determining whether you meet the loss of earnings test. |

11.     Prior to his disability under the terms of the Plan, on or about May 13,

1    2011, Plaintiff, who had been employed with Citigroup, its successors, affiliates and/or

2    subsidiaries, for over fourteen (14) years, was working as a branch manager. This

3    occupation naturally required a high level of cognitive ability, sustained concentration

4    and attention to detail along with an ability to sit for extended periods of time.

5         12.    However, Plaintiff became disabled under the terms of the Plan and

6    subsequently submitted a claim to METLIFE for payment of disability benefits.

7         13.    But, on or about October 10, 2011, METLIFE unreasonably, unlawfully,

8    capriciously and arbitrarily denied his long term disability claim. And, on or about April

9    19, 2012, METLIFE unreasonably, unlawfully, capriciously and arbitrarily upheld its

10   denial of the disability claim.

11        14.    According to METLIFE's denial letters:

12          • **October 10, 2011**: "Your claim has been denied effective August

13            15, 2011."

14          • **April 19, 2012**: "…we have determined…the decision to deny LTD

15            benefits was appropriate…You…have the right to bring a civil suit

16            under Section 502 (a) of the Employee Retirement Income Security

17            Act of 1974."

18        15.    In so doing, METLIFE unreasonably, unlawfully, arbitrarily and

19   capriciously failed to have Plaintiff independently examined[4]; failed to timely identify the

20   medical personnel who reviewed Plaintiff's file; relied upon the opinions of medical

21   personnel who did not examine Plaintiff, and were financially biased and/or not qualified

22

23   _____

[4] This in and of itself may be indicative of an attempt by an insurance company to avoid paying out on a
24   legitimate claim. See Salomaa v. Honda Long Term Disability Plan, No. 08-55426, 2011 WL 768070 at *8
     (9th Cir. Mar. 7, 2011) [*22] ("An insurance company may choose to avoid an independent medical
25   examination because of the risk that the physicians it employs may conclude that the claimant is entitled
     to benefits. The skepticism we are required to apply because of the plan's conflict of interests requires us
26   to consider the possibility in this case.")

27   Additionally, it is well established in case law that the opinions of psychiatrists and psychologists who
     have not examined the individual should be disregarded.  The reasoning for this is that, "[u]nlike
28   cardiologists or orthopedists, who can formulate medical opinions based upon objective findings derived
     from objective clinical tests, the psychiatrist typically treats his patient's subjective symptoms." *Sheehan
     v. Metropolitan Life Ins. Co.*, 368 F. Supp. 2d 228, 255 (S.D.N.Y. 2005).



1    to refute the findings of Plaintiff's board certified physicians; relied upon medical record

2    reviews conducted through a company known as RRS (based upon information and

3    belief, Plaintiff alleges that any subsequent report from RRS is immediately suspect as

4    RRS' financial success is clearly dependent upon its relationship with insurance

5    companies, such as Defendants, which would not continue *if* RRS' physicians were

6    generating opinions unfavorable to them); failed to take into consideration the effect of

7    chronic pain[5] upon Plaintiff's ability to perform the duties of Plaintiff's own, or any,

8    occupation; failed to take into consideration the effect of fatigue[6] upon Plaintiff's ability

9    to perform the duties of Plaintiff's own, or any, occupation; failed to take into

10    consideration the effects of the prescribed medication that Plaintiff was taking upon

11    Plaintiff's ability to perform the duties of Plaintiff's own, or any, occupation; relied strictly

12    upon physical requirements of occupations labeled as "sedentary" instead of taking into

13    consideration the non exertional requirements of Plaintiff's own, or any, occupation;

14    required a statement of the intensity, frequency, severity and duration of symptoms to

15    demonstrate impairment not required by the Plan; and, misrepresented the terms of the

16    Policy[7].

17

18

---

19    [5] ***Pain*** causes impairment in focus and concentration, which in turn causes impairments in work functions.

20    Thus, even though a sedentary job might otherwise be appropriate in terms of the physical requirements, it is not workable due to the pain.

21    [6] Regular ***fatigue*** in and of itself is a highly limiting factor in regards to employability. It adversely affects job performance, both in the quality of work performed, and in the amount that is accomplished, due to

22    lower productivity and missed time. Studies on the effects of fatigue on work performance report factors including: reduced ability to do complex planning; reduced decision making ability; reduced

23    communication skills; reduced productivity/performance; reduced attention and vigilance; reduced ability to handle stress on the job; reduced reaction time - both in speed and thought loss of memory or the

24    ability to recall details; failure to respond to changes in surroundings or information provided; inability to stay awake; increased tendency for risk-taking; increased forgetfulness; increased errors in judgment;

25    increased sick time, absenteeism, rate of turnover; increased accident rates. Because of this, it is extremely difficult for persons with high levels of fatigue to maintain regular employment.

26    [7] In its denial letters MetLife stated that "The medical…does not support a global impairment…" At the

27    time that MetLife wrote these letters it knew, or should have known, that the Plan did not require "global impairment" in order to qualify for benefits. Additionally, according to a recent court case: "Many medical

28    conditions [such as pain] depend for their diagnosis on patient reports of pain or other symptoms, and some cannot be objectively established until autopsy. In neither case can a disability insurer condition coverage on proof by objective indicators…where the condition is recognized yet no such proof is

16. Additionally, METLIFE knew or should have known that the documentation submitted to and/or obtained by METLIFE clearly substantiated his disability, including, but not limited to, the following:

| Date | Document/Finding |
|---|---|
| 06/13/2011 | **LETTER FROM METLIFE TO MR. WEINSTEIN**<br><br>Your claim for salary continuation benefits under the California Voluntary Disability Plan has been approved for the period from May 16, 2011 through June 25, 2011. |
| 07/07/2011 | **LETTER FROM METLIFE MR. WEINSTEIN**<br><br>Your claim for salary continuation benefits under the California Voluntary Disability Plan has been approved for the period from May 16, 2011 through August 4, 2011. |
| 09/08/2011 | **INTERNAL METLIFE NOTE REGARDING SOCIAL SECURITY APPROVAL**<br><br>EE [Plaintiff] is approved for SSDI[8]… |
| 10/17/2011 | **APPEAL LETTER FOR MR. WEINSTEIN**<br><br>Because of my nerve damage, diabetes, and gout[9], the doctors have not been able to determine the cause or the cure for the pain… additionally, due to the pain, that does not stop with the medication, I have great difficulty sleeping at night… I am now taking Vicodin to try to ease the pain. |
| 12/28/2011 | **LETTER FROM METLIFE TO MR. WEINSTEIN**<br><br>Your claim for disability benefits from the Voluntary Plan of Citigroup has been extended through May 10, 2012… |

possible…conditioning an award on the existence of evidence that cannot exist is arbitrary and capricious." *Salomaa v. Honda Long Term Disability Plan*, 642 F.3d 666 (9th Cir. 2011).

[8] According to the Social Security definition of disability, which is more stringent than the subject Plan's Disability definition: "A person is disabled, and thereby eligible for Social Security disability insurance benefits and Supplemental Security Income (SSI), "only if his physical or mental impairment or impairments are of such severity that *he is not only unable to do his previous work but cannot,* considering his age, education, and work experience, *engage in any other kind of substantial gainful work which exists in the national economy.*" 42 U.S.C. §§423(d)(2)(A), 1382c(a)(3)(B) (emphasis added).

[9] **_Gout_** is a kind of arthritis that occurs when uric acid builds up in blood and causes joint inflammation. Symptoms of gout, which may develop in people with diabetes, include pain starting suddenly, often during the night and is often described as throbbing, crushing, or excruciating. Some people may develop chronic gout. Those with chronic arthritis develop joint damage and loss of motion in the joints. They will have joint pain and other symptoms most of the time.

| 02/13/2012 | MEDICAL RECORD REVIEW ON BEHALF OF METLIFE |
|---|---|
| | He has physical fatigue, mental stress and is in pain. |
| | In a Physician Questionnaire dated June 08, 2011, the primary care physician noted that the claimant is unable to work at all… |
| | An Attending Physician Statement completed on November 23, 2011 by another internal medicine physician states that the claimant is unable to work at all due to paraplegia, diabetes with neurological manifestation, and atony[10] of bladder. |
| | The neurologist submitted an Attending Physician Statement on January 20, 2012 for diagnoses of cauda equina syndrome[11] and neuropathy…The form states that the claimant is able to work for only one hour per day. |
| | The claimant has weakness, sensory changes and pain in his peroneal area and legs…. The sensory changes in the peroneal area make sitting uncomfortable. |
| | …, the claimant was receiving appropriate medical and neurological care… |
| | The claimant reported drowsiness due to medication in the letter he wrote in October 2011. |
| | Discussion with Attending Provider<br>… Dr. Cardenas said that the claimant has trouble working even in a sedentary setting because of the pain of the neuropathy. |
| 04/04/2012 | LETTER FROM DR. CARDENAS TO WHOM IT MAY CONCERN |
| | Patient Steven Weinstein is currently a neurology patient…He has suffered from a cauda equina syndrome in the past leading to significant |

---

[10] *Atony*: Lack of normal tone or tension; flaccidity.

[11] The collection of nerves at the end of the spinal cord is known as the cauda equina, due to its resemblance to a horse's tail. The spinal cord ends at the upper portion of the lumbar (lower back) spine. The individual nerve roots at the end of the spinal cord that provide motor and sensory function to the legs and the bladder continue along in the spinal canal. The cauda equina is the continuation of these nerve roots in the lumbar region. These nerves send and receive messages to and from the lower limbs and pelvic organs. *Cauda equina syndrome* (CES) occurs when the nerve roots of the cauda equina are compressed and disrupt motor and sensory function to the lower extremities and bladder.

| | | |
|---|---|---|
| | | sensory loss and weakness... Recently as a result of his diabetes has developed a severe painful small fiber neuropathy[12].  Unfortunately, because of his baseline disability, he has not been able to compensate for this neuropathy. |
| | | I do feel that he is permanently disabled based on his current exam and symptoms. Walking and standing during a normal 8 hour work day will be very difficult for this patient, in fact impossible. Most positions are uncomfortable for this patient (sitting for an extended amount of time, even with breaks). |
| | 04/13/2012 | **LETTER FROM DR. LANDERS TO MR. WEINSTEIN** <br><br> In view of your chronic cauda equina syndrome, with significant sensory loss and weakness, in association with severe, painful small fiber neuropathy with diabetes, your neurologist, Dr. Cardenas, has provided the opinion that you are permanently disabled. <br><br> Her letter to your insurance company discusses the reasoning behind her opinion, and I agree with her assessment. |
| | 04/19/2012 | **LETTER FROM METLIFE TO MR. WEINSTEIN** <br><br> You were diagnosed with major depressive disorder, anxiety disorder, paraparesis lower extremity (LE), pain due to nerve damage status post 1996 spinal cord injury, neuropathy, diabetes type 2, LE edema, gout anemia, back pain, benign prostatic hypertrophy, hyperlipidemia, hypertension, obesity, osteopenia, and tachycardia. <br><br> The consultant board certified in Neurology and Internal Medicine held...a peer-to-peer discussion with Dr. Cardenas on February 6, 2012.... Dr. Cardenas... stated that you had trouble working even in a sedentary setting because of the neuropathy pain. |

17.   To date, even though Plaintiff has been disabled, METLIFE has not paid plaintiff any disability benefits beyond the end of the LTD elimination period. The arbitrary and capricious nature of METLIFE 's denial decision is evidenced by, but not

---

[12] Peripheral nerve fibers can be classified according to size, which correlates with the degree of myelination. Small fibers include myelinated A-delta fibers and unmyelinated C fibers, which innervate skin (somatic fibers) and involuntary muscles, including cardiac and smooth muscles (autonomic fibers). Together, they mediate pain, thermal sensation, and autonomic function. Small fiber neuropathy results from selective impairment of small myelinated A-delta and unmyelinated C fibers. It is increasingly being recognized as a major cause of painful burning sensations in the feet. Diabetes mellitus is the most common identifiable cause of small fiber neuropathy. Symptoms are pain, burning, numbness, and autonomic dysfunction (lack of sweating) in the hands and feet in a stocking-glove distribution. Symptoms are usually worse at night and often affect sleep.

1    limited to, the following:

2    • METLIFE engaged in procedural violations of its statutory obligations

3    under ERISA, including, but not limited to, failing to promptly identify the

4    medical consultants who reviewed his file; failing to timely advise

5    Plaintiff of what specific documentation it needed from him to perfect his

6    claim; and, failing to provide a complete copy of all documents, records,

7    and other information relevant to his claim despite a request by Plaintiff

8    in violation of 29 C.F.R. Section 2560.530-1(h)(2)(iii);

9    • METLIFE did not give proper weight to the Social Security

10    Administration's continued finding that Plaintiff was disabled from any

11    occupation[13];

12    • METLIFE ignored the obvious, combed the record and took selective

13    evidence out of context as a pretext to deny Plaintiff's claim; and,

14    • METLIFE ignored the opinions of Plaintiff's board certified treating

15    physicians and/or misrepresented the opinions of Plaintiff's treating

16    physicians.  Deference should be given to the treating physician's

17    opinions as there are no **specific**, **legitimate** reasons for rejecting the

18    treating physicians' opinions which are based on **substantial evidence**

19    in the claim file.  Further, METLIFE's highly conflicted **physician's**

20    opinion does not serve as **substantial evidence**, as it is not **supported**

21    **by evidence** in the claim file, was not issued by a physician with the

22    same level of medical expertise as the board certified treating

23    physicians, nor is it **consistent with the overall evidence** in the claim

24    file.

25    18.    For all the reasons set forth above, the decision to deny disability

26    insurance benefits was arbitrary, capricious, wrongful, unreasonable, irrational, sorely

27

28

1    contrary to the evidence, contrary to the terms of the Plan and contrary to law. Clearly,

2    METLIFE abused its discretion in deciding to deny this claim as the evidence shows its

3    denial decision was arbitrary and capricious. Further, METLIFE 's denial decision and

4    actions heighten the level of skepticism with which a court views a conflicted

5    administrator's decision under *Abatie v. Alta Health & Life Insurance Co.*, 458 F.3d 955

6    (9th Cir. 2006) and *Metropolitan Life Insurance Co. v. Glenn*, 128 S. Ct. 2342 (2008).

7         19.    Additionally, ERISA imposes higher-than-marketplace quality standards

8    on insurers. It sets forth a special standard of care upon a plan administrator, namely,

9    that the administrator "discharge [its] duties" in respect to discretionary claims

10   processing "solely in the interests of the participants and beneficiaries" of the plan, §

11   1104(a)(1); it simultaneously underscores the particular importance of accurate claims

12   processing by insisting that administrators "provide a 'full and fair review' of claim

13   denials," *Firestone*, 489 U.S., at 113 (quoting § 1133(2)); and it supplements

14   marketplace and regulatory controls with judicial review of individual claim denials, see

15   § 1132(a)(1)(B).

16        20.    As a direct and proximate result of METLIFE's failure to provide Plaintiff

17   with disability benefits, Plaintiff has been deprived of said disability benefits beginning

18   on or about the end of the LTD elimination period to the present date.

19        21.    As a further direct and proximate result of the denial of benefits, Plaintiff

20   has incurred attorney fees to pursue this action, and is entitled to have such fees paid

21   by defendants pursuant to 29 U.S.C. § 1132(g)(1), ERISA § 502(g)(1).

22        22.    A controversy now exists between the parties as to whether Plaintiff is

23   disabled as defined in the Plan.  Plaintiff seeks the declaration of this Court that he

24   meets the Plan definition of disability and consequently he is entitled to all benefits from

25   the Plan to which he might be entitled while receiving disability benefits including, but

26   not limited to, any medical, vision and dental benefits, life insurance and pension, with

27

28

[13] A Plan administrator may not arbitrarily disregard a favorable ruling by the Social Security
Administration as, at a minimum, it provides support for the conclusion that an administrative agency

1   reimbursement of all expenses and premiums paid for such benefits from the

2   termination of benefits to the present.  In the alternative, Plaintiff seeks a remand for a

3   determination of Plaintiff's claim consistent with the terms of the Plan.

4          WHEREFORE, Plaintiff prays for relief against Defendants as follows:

5          1.      An award of benefits in the amount not paid Plaintiff beginning on or about

6   the end of the LTD elimination period, together with interest at the legal rate on each

7   monthly payment from the date it became due until the date it is paid; plus all other

8   benefits from the Plan to which he might be entitled while receiving disability benefits

9   including, but not limited to, any medical, vision and dental benefits, life insurance and

10  pension, with reimbursement of all expenses and premiums paid for such benefits or, in

11  the alternative, a remand for a determination of Plaintiff's claim consistent with the terms

12  of the Plan;

13         2.      An order determining Plaintiff is entitled to future disability

14  payments/benefits so long as he remains disabled as defined in the Plan;

15         3.      For reasonable attorney fees incurred in this action; and,

16         4.      For such other and further relief as the Court deems just and proper.

17

18  Dated:  February 11, 2013                    **DarrasLaw**

19

20

21                                              FRANK N. DARRAS
                                                LISSA A. MARTINEZ
22                                              SUSAN B. GRABARSKY
                                                PHILLIP S. BATHER
23                                              Attorneys for Plaintiff
                                                STEVEN WEINSTEIN
24

25

26

27

28

charged with examining Plaintiff's medical records found objective support for its favorable decision.

- 13 -
COMPLAINT

# LONG TERM DISABILITY INSURANCE

## CITIGROUP INC.

## Effective January 1, 2011

Certificate Number 6

000014

EXHIBIT A

# INTRODUCTION

We are pleased to present you with a Certificate of Insurance for group disability insurance. This Certificate states your benefits and summarizes some special services available to you at no additional cost. All of us appreciate the financial protection that group benefit plans provide in the event of illness or injury. Group disability insurance is an especially important benefit since it replaces a reasonable portion of your income lost due to a disability.

Your Employer recognizes the value of your services and the impact your absence can have on the organization. Therefore your benefit plan has been designed with a goal of rehabilitation and return to work in mind. The plan offers financial incentives for returning to work, while still receiving a benefit.

The benefits outlined in this Certificate are the foundation for comprehensive managed disability services. These special services focus on your _abilities_, versus a disability, and are available to you at no additional cost. They are tailored to meet your individual needs and are designed to help you to return to work as soon as possible. Managed disability services may also coordinate with other benefit programs in which you participate.

Your comprehensive disability program includes:

**Financial Incentives** for returning to work.

**Rehabilitation Program** that focuses on vocational rehabilitation, which means identifying the necessary training, therapy, job modifications and accommodations that can help you return to work.

**Early Assistance Program** offering rehabilitation assistance both _before and after_ you file a claim for Long Term Disability Benefits.

**Social Security Assistance Program** to help make the Social Security Insurance application and approval process easier for you.

**Easy Claim Application Process** that may be started simply by calling an "800" claims hotline or sending us a claim form. Initial submission of the claim should be made no later than 12 weeks following your original date of disability or as soon as reasonably possible thereafter.

This Certificate is in an easy-to-read format and we urge you to read it carefully. We also recommend you keep it with your other important records for future reference. If you have any questions about the Certificate or the benefits it provides, please contact your Employer.

**000015**

EXHIBIT A

# MetLife®

Metropolitan Life Insurance Company
200 Park Avenue, New York, New York  10166

### CERTIFICATE OF INSURANCE
### for the Employees of

### Citigroup Inc.
### (called the Employer)

This is your Certificate of Insurance for Long Term Disability Insurance as long as you are insured under This Plan. The Group Policy and this Certificate may be changed or canceled according to the terms, conditions and provisions of the Group Policy. This Certificate describes the benefits under the Plan in effect as of January 1, 2011. Any prior Certificate relating to the coverage set forth herein is void.

MetLife in its discretion has authority to interpret the terms, conditions, and provisions of the entire contract. This includes the Group Policy, Certificate and any Amendments.

The Group Policy is delivered in and administered according to the laws of the governing jurisdiction.

Whenever a reference to "you" or "your" is made in this Certificate of Insurance, it means the covered Employee. Reference to "we", "us" or "our" means MetLife. Reference to "This Plan" means that part of the Employer's plan of employee benefits that is insured by MetLife.

*C. Robert Henrikson*

C. Robert Henrikson
Chairman of the Board, President and Chief Executive Officer

Group Policy No.: 1137000-2-G

**Florida Residents: The benefits of the policy providing your coverage are governed primarily by the law of a state other than Florida.**

**For Maryland residents: The group insurance policy providing coverage under this certificate was issued in a jurisdiction other than Maryland and may not provide all of the benefits required by Maryland law.**

Form G.24303-Cert.

000016

EXHIBIT A

**For Texas Residents:**

**IMPORTANT NOTICE**

To obtain information or make a complaint:

You may call MetLife's toll-free telephone number for information or to make a complaint at

1-800-638-5433

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at

1-800-252-3439

You may write the Texas Department of Insurance
P.O. Box 149104
Austin, TX 78714-9104
Fax # 512 - 475-1771

Web: http://www.tdi.state.tx.us

Email: ConsumerProtection@tdi.state.tx.us

**PREMIUM OR CLAIM DISPUTES:** Should you have a dispute concerning your premium or about a claim you should contact MetLife first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

**ATTACH THIS NOTICE TO YOUR CERTIFICATE:** This notice is for information only and does not become a part or condition of the attached document.

**Para Residentes de Texas:**

**AVISO IMPORTANTE**

Para obtener información o para someter una queja:

Usted puede llamar al numero de teléfono gratis de MetLife para información o para someter una queja al

1-800-638-5433

Puede comunicarse con el Departamento de Seguros de Texas para obtener información acerca de compañías, coberturas, derechos o quejas al

1-800-252-3439

Puede escribir al Departamento de Seguros de Texas
P.O. Box 149104
Austin, TX 78714-9104
Fax # 512 - 475-1771

Web: http://www.tdi.state.tx.us

Email: ConsumerProtection@tdi.state.tx.us

**DISPUTAS SOBRE PRIMAS O RECLAMOS:** Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con MetLife primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).

**UNA ESTE AVISO A SU CERTIFICADO:** Este aviso es solo para propósito de información y no se convierte en parte o condición del documento adjunto.

000017

EXHIBIT A

Arkansas residents please be advised of the following:

IMPORTANT NOTICE

IF YOU HAVE A QUESTION CONCERNING YOUR COVERAGE OR A CLAIM, FIRST CONTACT YOUR GROUP EMPLOYER OR GROUP ACCOUNT ADMINISTRATOR. IF, AFTER DOING SO, YOU STILL HAVE A CONCERN, YOU MAY CALL METLIFE'S TOLL-FREE TELEPHONE NUMBER:

1-800-638-5433

IF YOU ARE STILL CONCERNED AFTER CONTACTING BOTH YOUR GROUP EMPLOYER AND METLIFE, YOU SHOULD FEEL FREE TO CONTACT:

ARKANSAS INSURANCE DEPARTMENT
CONSUMER SERVICES DIVISION
1200 WEST THIRD STREET
LITTLE ROCK, ARKANSAS 72201-1904
(501) 371-2640 or (800) 852-5494

000018

EXHIBIT A

California residents please be advised of the following:

IMPORTANT NOTICE

TO OBTAIN ADDITIONAL INFORMATION, OR TO MAKE A COMPLAINT, CONTACT METLIFE AT:

METROPOLITAN LIFE INSURANCE COMPANY
200 PARK AVENUE
NEW YORK, NY 10166
ATTN: CORPORATE CONSUMER RELATIONS DEPARTMENT
1-800-638-5433

IF, <u>AFTER</u> CONTACTING METLIFE REGARDING A COMPLAINT, YOU FEEL THAT A SATISFACTORY RESOLUTION HAS NOT BEEN REACHED, YOU MAY FILE A COMPLAINT WITH THE CALIFORNIA INSURANCE DEPARTMENT AT:

CALIFORNIA DEPARTMENT OF INSURANCE
300 SOUTH SPRING STREET
LOS ANGELES, CA 90013
1-800-927-4357 (within California)
1-213-897-8921 (outside California)

EXHIBIT A

Georgia residents please be advised of the following:

**IMPORTANT NOTICE**

**The laws of the state of Georgia prohibit insurers from unfairly discriminating against any person based upon his or her status as a victim of family violence.**

**000020**

EXHIBIT A

Idaho residents please be advised of the following:

**IMPORTANT NOTICE**

IF YOU HAVE A QUESTION CONCERNING YOUR COVERAGE OR A CLAIM, FIRST CONTACT YOUR GROUP EMPLOYER. IF, AFTER DOING SO, YOU STILL HAVE A CONCERN, YOU MAY CALL METLIFE'S TOLL-FREE TELEPHONE NUMBER:

**1-800-638-5433**

IF YOU ARE STILL CONCERNED AFTER CONTACTING BOTH YOUR GROUP EMPLOYER AND METLIFE, YOU SHOULD FEEL FREE TO CONTACT:

**IDAHO DEPARTMENT OF INSURANCE**
**CONSUMER AFFAIRS**
**700 WEST STATE STREET, 3RD FLOOR**
**PO BOX 83720**
**BOISE, IDAHO 83720-0043**
**1-800-721-3272 or www.DOI.Idaho.gov**

**000021**

EXHIBIT A

**Utah residents please be advised of the following:**

## NOTICE TO POLICYHOLDERS

Insurance companies licensed to sell life insurance, health insurance, or annuities in the State of Utah are required by law to be members of an organization called the Utah Life and Health Insurance Guaranty Association ("ULHIGA"). If an insurance company that is licensed to sell insurance in Utah becomes insolvent (bankrupt), and is unable to pay claims to its policyholders, the law requires ULHIGA to pay some of the insurance company's claims. The purpose of this notice is to briefly describe some of the benefits and limitations provided to Utah insureds by ULHIGA.

### PEOPLE ENTITLED TO COVERAGE

·     You must be a Utah resident.

·     You must have insurance coverage under an individual or group policy.

### POLICIES COVERED

·     ULHIGA provides coverage for certain life, health and annuity insurance policies.

### EXCLUSIONS AND LIMITATIONS

Several kinds of insurance policies are specifically excluded from coverage.  There are also a number of limitations to coverage.  The following are not covered by ULHIGA:

·     Coverage through an HMO.

·     Coverage by insurance companies not licensed in Utah.

·     Self-funded and self-insured coverage provided by an employer that is only administered by an insurance company.

·     Policies protected by another state's Guaranty Association.

·     Policies where the insurance company does not guarantee the benefits.

·     Policies where the policyholder bears the risk under the policy.

·     Re-insurance contracts.

·     Annuity policies that are not issued to and owned by an individual, unless the annuity policy is issued to a pension benefit plan that is covered.

·     Policies issued to pension benefit plans protected by the Federal Pension Benefit Guaranty Corporation.

·     Policies issued to entities that are not members of the ULHIGA, including health plans, fraternal benefit societies, state pooling plans and mutual assessment companies.

000022          EXHIBIT A

## LIMITS ON AMOUNT OF COVERAGE

Caps are placed on the amount ULHIGA will pay. These caps apply even if you are insured by more than one policy issued by the insolvent company. The maximum ULHIGA will pay is the amount of your coverage or $500,000 — whichever is lower. Other caps also apply:

- $100,000 in net cash surrender values.

- $500,000 in life insurance death benefits (including cash surrender values).

- $500,000 in health insurance benefits.

- $200,000 in annuity benefits — if the annuity is issued to and owned by an individual or the annuity is issued to a pension plan covering government employees.

- $5,000,000 in annuity benefits to the contract holder of annuities issued to pension plans covered by the law. (Other limitations apply).

- Interest rates on some policies may be adjusted downward.

## DISCLAIMER

## PLEASE READ CAREFULLY:

- **COVERAGE FROM ULHIGA MAY BE UNAVAILABLE UNDER THIS POLICY. OR, IF AVAILABLE, IT MAY BE SUBJECT TO SUBSTANTIAL LIMITATIONS OR EXCLUSIONS. THE DESCRIPTION OF COVERAGES CONTAINED IN THIS DOCUMENT IS AN OVERVIEW. IT IS NOT A COMPLETE DESCRIPTION. YOU CANNOT RELY ON THIS DOCUMENT AS A DESCRIPTION OF COVERAGE. FOR A COMPLETE DESCRIPTION OF COVERAGE, CONSULT THE UTAH CODE, TITLE 31A, CHAPTER 28.**

- **COVERAGE IS CONDITIONED ON CONTINUED RESIDENCY IN THE STATE OF UTAH.**

- **THE PROTECTION THAT MAY BE PROVIDED BY ULHIGA IS NOT A SUBSTITUTE FOR CONSUMERS' CARE IN SELECTING AN INSURANCE COMPANY THAT IS WELL-MANAGED AND FINANCIALLY STABLE.**

- **INSURANCE COMPANIES AND INSURANCE AGENTS ARE REQUIRED BY LAW TO GIVE YOU THIS NOTICE. THE LAW DOES, HOWEVER, PROHIBIT THEM FROM USING THE EXISTENCE OF ULHIGA AS AN INDUCEMENT TO SELL YOU INSURANCE.**

- **THE ADDRESS OF ULHIGA, AND THE INSURANCE DEPARTMENT ARE PROVIDED BELOW.**

Utah Life and Health Insurance
Guaranty Association
955 E. Pioneer Rd.
Draper, Utah 84114

Utah Insurance Department
State Office Building, Room 3110
Salt Lake City, Utah 84114

**000023**

EXHIBIT A

**Virginia residents please be advised of the following:**

### IMPORTANT INFORMATION REGARDING YOUR INSURANCE

In the event you need to contact someone about this insurance for any reason please contact your agent.  If no agent was involved in the sale of this insurance, or if you have additional questions you may contact the insurance company issuing this insurance at the following address and telephone number:

Metropolitan Life Insurance Company
200 Park Avenue
New York, New York 10166
Attn: Corporate Customer Relations Department

To phone in a claim related question, you may call Claims Customer Service at:

1-800-638-5433

If you have been unable to contact or obtain satisfaction from the company or the agent, you may contact the Virginia State Corporation Commission's Bureau of Insurance at:

Life and Health Division
Bureau of Insurance
P.O. Box 1157
Richmond, VA 23209

1-800-552-7945 - In-state toll-free
1-804-371-9691 - Out-of-state

Written correspondence is preferable so that a record of your inquiry is maintained. When contacting your agent, company or the Bureau of Insurance, have your policy number available.

000024

EXHIBIT A

**Wisconsin residents please be advised of the following:**

<u>**KEEP THIS NOTICE WITH YOUR INSURANCE PAPERS**</u>

**PROBLEMS WITH YOUR INSURANCE?** - If you are having problems with your insurance company or agent, do not hesitate to contact the insurance company or agent to resolve your problem.

Metropolitan Life Insurance Company
Corporate Consumer Relations Department
200 Park Avenue
New York, NY 10166
1-800-638-5433

You can also contact the **OFFICE OF THE COMMISSIONER OF INSURANCE**, a state agency which enforces Wisconsin's insurance laws, and file a complaint.  You can contact the **OFFICE OF THE COMMISSIONER OF INSURANCE** by contacting:

Office of the Commissioner of Insurance
Complaints Department
P.O. Box 7873
Madison, WI 53707-7873
1-800-236-8517 outside of Madison or 266-0103 in Madison.

**000025**

EXHIBIT A

# TABLE OF CONTENTS

Section                                                                                                            Page

**INTRODUCTION** ......................................................................................................... i

**CERTIFICATE OF INSURANCE** .................................................................................. ii

**PLAN HIGHLIGHTS** .................................................................................................... 1
    Employee Eligibility ............................................................................................... 1
    Long Term Disability Benefits ................................................................................ 2
    Limitations ............................................................................................................. 3
    Contributions ........................................................................................................ 3
    Benefits Checklist ................................................................................................. 3

**LONG TERM DISABILITY BENEFITS** ......................................................................... 6
    Monthly Benefit ..................................................................................................... 6
    Reduction of Benefits - Other Income Benefits .................................................... 10
    Supplemental Benefits .......................................................................................... 13
        Survivors Benefit ............................................................................................. 13
    Conversion Privilege ............................................................................................. 15
    Temporary Recovery ............................................................................................ 15
    Concurrent Disability ............................................................................................ 16
    Limitations ............................................................................................................. 16
        Limitation for Pre-existing Conditions .............................................................. 16
    Exclusions ............................................................................................................. 17

**TERMINATION OF COVERAGE** ................................................................................. 18

**EXTENSION OF BENEFITS** ...................................................................................... 19

**CLAIMS** ...................................................................................................................... 20

000026

EXHIBIT A

# PLAN HIGHLIGHTS

This Plan Highlights section is a summary of your Long Term Disability Benefits and provisions. See the rest of your Certificate for more information.

It is important to read the rest of your Certificate. It describes your benefits as well as any exclusions and limitations that apply to these benefits. Please read it carefully. You should talk with your Employer if you have any questions.

You will notice that some of the terms used in your Certificate begin with capital letters. These terms have special meanings. They are explained in this Certificate.

## EMPLOYEE ELIGIBILITY

**Eligible Employee:** a person who is employed on a full-time or part-time basis and paid for services by the Employer:

1. scheduled to work for the number of hours each week as determined by the Employer;

2. at the Employer's location; and

    **a.** is paid via the electronic payroll system approved by the Employer if not located in Puerto Rico; or

    **b.** is located in Puerto Rico, regardless of payroll system.

**Class I:** All Eligible Employees earning $50,000.99 or less.

**Class II:** All Eligible Employees earning at least $50,001.00, up to and including $149,999.99.

**Class III:** All Eligible Employees earning $150,000.00, up to and including $500,000.00.

**Employer** includes Citigroup Inc. and each subsidiary, affiliate, division or branch that is listed in Exhibit 3 of this Group Policy.

**Eligibility Waiting Period:**

    **Active Employees on and after January 1, 2011:** None

**Eligibility Date:** January 1, 2011 or the date you become an Eligible Employee, whichever is later.

EXHIBIT A

**000027**

### LONG TERM DISABILITY BENEFITS

**Monthly Benefit:** 60% of the first $500,000 of your Predisability Earnings, reduced by Other Income Benefits. Other Income Benefits are described in Section B. of Long Term Disability Benefits.

**Maximum Monthly Benefit:** $25,000

**Minimum Monthly Benefit:** 10% of the Monthly Benefit before reductions for Other Income Benefits or $100, whichever is greater. The Minimum Monthly Benefit will not apply if you are in an Overpayment situation or are receiving income from employment.

**Elimination Period:** 13 weeks of Total Disability, which will not include any time when you return to active work.

**Maximum Benefit Duration:** The duration shown below:

| Age on Date Disability Starts | Maximum Benefit Duration |
|---|---|
| Less than 60 | To age 65 |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 and over | 12 months |

**Work Incentive:**

    **Work while Disabled:** No offset for employment earnings during the first 12 months after you have satisfied your Elimination Period. However, your Monthly Benefit may be reduced if the total income you are receiving exceeds 80% of your Predisability Earnings or Indexed Predisability Earnings.

**Survivors Benefit:** A lump sum equal to 6 times the Monthly Benefit before reductions for Other Income Benefits.

**Conversion Privilege:** If your coverage under This Plan terminates (not related to retirement, as defined by the Employer), you may be eligible to convert to a long term disability conversion plan.

000028

EXHIBIT A

## LIMITATIONS

**Limitation for Pre-existing Conditions:** Coverage for Pre-existing Conditions begins 12 months after your Effective Date of coverage.

**Limitation For Disabilities Due to Particular Conditions**

**Limitation for Disability due to Mental or Nervous Disorders or Diseases, and Drug, Alcohol or Substance Abuse or Dependency:**

24 Monthly Benefits in your lifetime, or the Maximum Benefit Duration, whichever is less. Benefits may be paid beyond 24 months as described in the provision, subject to certain requirements. Benefits for Drug, Alcohol or Substance Abuse or Dependency will end if you cease or refuse to participate in a rehabilitative program.

## CONTRIBUTIONS

If you are in Class I, your Long Term Disability Benefits are paid for by your Employer.

If you are in Class II or III your Long Term Disability Benefits are paid for by you.

## BENEFITS CHECKLIST

In order to receive benefits under This Plan, you must provide to us at your expense, and subject to our satisfaction, all of the following documents. These are explained in this Certificate. Initial submission of these documents should be made no later than the 12th week following your original date of disability.

✓    Proof of Disability.

✓    Evidence of continuing Disability.

✓    Proof that you are under the Appropriate Care and Treatment of a Doctor throughout your Disability.

✓    Information about Other Income Benefits.

✓    Any other material information related to your Disability which may be requested by us.

Form G.24303-A

000029          EXHIBIT A

# EMPLOYEE ELIGIBILITY

**Active Employee**

You are an Active Employee if you:

1.     are an Eligible Employee working for the Employer doing all the material duties of your occupation at (i) your usual place of business; or (ii) some other location that your Employer's business requires you to be;

      and

2.     are not a temporary or seasonal employee.

You will be deemed an Active Employee if:

1.     you meet the above conditions; and

2.     you are absent from work solely due to vacation days, holidays, scheduled days off, or approved leaves of absence not due to Disability.

**Effective Date of Coverage**

If you are a member of **Class I**:

You will be covered on the later of the following dates:

1.     your Eligibility Date as described in Plan Highlights; or

2.     the date you meet the Active Employee requirements.

If you are a member of **Class II or III**:

You may participate in the benefit plan which your Employer has established. Under such plan, there are rules regarding the time frames during which you may make a request to be covered under this certificate with respect to benefits that are paid for by you. Your Employer can provide you with more information regarding the benefits plan.

1.     If you were hired as a Class I employee, and due to an increase in your Predisability Earnings, you become a Class II or III, you will be automatically enrolled for coverage for the next calendar year as a Class II or III Employee. Provided that you do not decline coverage, your coverage will be effective on January 1 of the next calendar year.

2.     If you were hired as a Class II or III employee, you will be automatically enrolled for coverage. Provided that you do not decline coverage, you will be covered on the later of the following dates:

    **a.**     your Eligibility Date as described in Plan Highlights; or

    **b.**     the date you meet the Active Employee requirements.

If you do not wish to be enrolled, you must make a written request to the Employer declining coverage within 90 days of the Effective Date of Coverage in the manner specified by the Employer.

If you previously declined coverage, and subsequently have a Qualifying Event, you may, within thirty-one days of that Qualifying Event, make a request to become covered for benefits that are paid for by you under this certificate. You will become covered on the first day of the month following the date of your request.

"Qualifying Event" means a change in your family status due to one or more of the following events:

1.     marriage, including entering into a civil union partnership or a Domestic Partnership;

2.     birth, adoption or placement for adoption of a dependent child;

3.     divorce, legal separation or annulment;

4.     death of a dependent.

**000030**

EXHIBIT A   1

If you previously declined coverage, and you make a subsequent request, unrelated to a Qualifying Event, to be covered under this certificate, Evidence of Good Health must be given to us.

"Evidence of Good Health" is a statement providing your medical history. We will use this statement to determine your insurability under this certificate. This statement must be provided to us at your expense.

If, during an annual enrollment period, subsequent to your initial eligibility period (new hire or after an increase in your Predisability Earnings that moves you to Class II or III), you make a request to become covered for benefits that are paid for by you under this certificate, Evidence of Good Health must be given to us. If we determine your insurability under this certificate, you will become covered on the later of the following:

a.     the first day of the calendar year following the annual enrollment period; or

b.     the date we state in writing.

### Continuity of Coverage upon Replacement of Plans

In order to prevent a loss of coverage because of a transfer of insurance carriers, this certificate will provide coverage for you if:

1.     you were covered under the prior carrier's plan for long term disability income benefits that are replaced by the Long Term Disability Benefits provided under this certificate at the time of transfer, and

2.     you are an Eligible Employee and you are not an Active Employee.

Coverage will only be provided if the required payment toward the cost of your coverage is made to us.

The benefit payable will be that which would have been paid by the prior carrier had coverage remained in force, less any benefit for which the prior carrier is liable.

### Changes in Amount of Monthly Benefit

The amount of your Monthly Benefit may change as a result of a change in your earnings or class. The new Monthly Benefit amount:

1.     will take effect on the January 1st following the change; and

2.     will apply only to Disabilities commencing thereafter.

However, if you are not an Active Employee on the above date, the new Monthly Benefit amount will take effect on the date you are again an Active Employee.

Form G.24303-B-CTG-2

EXHIBIT A

## LONG TERM DISABILITY BENEFITS

**A.      Monthly Benefit**

You will be paid a Monthly Benefit, in accord with Plan Highlights, if we determine that:

**1.**      you are Disabled; and

**2.**      you became Disabled while covered under This Plan.

Benefits will begin to accrue on the date following the day you complete your Elimination Period. Payment of the Monthly Benefit will start at the end of the month after completion of the Elimination Period. Subsequent payments will be made each month thereafter. Payment is based on the number of days you are Disabled during each one month period.

Contributions are not required for the time that Monthly Benefits are payable.

After we determine that you are Disabled, your Monthly Benefits will not be affected by:

**1.**      termination of This Plan;

**2.**      termination of your coverage; or

**3.**      any plan change that is effective after the date you became Disabled.

**When Benefits End**

Monthly Benefits will end on the earliest of the following dates:

**1.**      the end of the Maximum Benefit Duration;

**2.**      the end of the period specified in the Limitation for Disabilities Due to Particular Conditions;

**3.**      the date you are no longer Disabled;

**4.**      the date you fail to provide us with any of the information listed in Plan Highlights under Benefits Checklist;

**5.**      the day you die;

**6.**      the date you fail to attend a medical examination requested by us as described in Medical Examination.

If you are a member of Class I, your Monthly Benefits will end on the date you cease or refuse to participate in a Rehabilitation Program approved by your Doctor as described in Work Incentive.

**Elimination Period**

Your Elimination Period begins on the day you become Disabled. It is a period of time during which no benefits are payable. Your Elimination Period is shown in Plan Highlights. You must be under the continuous care of a Doctor during your Elimination Period. You may temporarily recover from your Disability during your Elimination Period. If you then become Disabled again due to the same or related condition, you may not have to begin a new Elimination Period.

000032

EXHIBIT A   1

**Temporary Recovery During Your Elimination Period**

If you return to work for 30 days or less either full-time or part-time during your Elimination Period, those days will count towards your Elimination Period. The Elimination Period will be extended by the amount of time you have returned to active work. However, if you return to work for more than 30 days before satisfying your Elimination Period, you will have to begin a new Elimination Period.

Temporary Recovery means you cease to be Disabled. During a period of Temporary Recovery you will not qualify for any change in coverage caused by a change in any of the following:

**1.**     the rate of earnings used to determine your Predisability Earnings; or

**2.**     the terms, provisions, or conditions shown in your Certificate of Insurance.

**Definition of Disability**

If you are a member of Class I, "Disabled" or "Disability" means that, due to sickness, pregnancy or accidental injury, you are receiving Appropriate Care and Treatment from a Doctor on a continuing basis; and

1.   During the Elimination Period you are Totally Disabled;

     "Totally Disabled" or "Total Disability" means that, due to sickness, pregnancy or accidental injury, you are receiving Appropriate Care and Treatment from a Doctor on a continuing basis, and during your Elimination Period, you are unable to perform your Own Occupation for any employer in your Local Economy.

2.   after your Elimination Period and during the next 24 month period, you are unable to earn more than 80% of your Predisability Earnings at your Own Occupation for any employer in your Local Economy; or

3.   after the 24 months period, you are unable to earn more than 60% of your Predisability Earnings from any employer in your Local Economy at any gainful occupation for which you are reasonable qualified taking into account your training, education, experience and Predisability Earnings.

If you are a member of Class II, "Disabled" or "Disability" means that, due to sickness, pregnancy or accidental injury, you are receiving Appropriate Care and Treatment from a Doctor on a continuing basis; and

1.   During the Elimination Period you are Totally Disabled;

2.   after your Elimination Period and during the next 60 month period, you are unable to earn more than 80% of your Predisability Earnings at your Own Occupation for any employer in your Local Economy; or

3.   after the 60 month period, you are unable to earn more than 60% of your Predisability Earnings from any employer in your Local Economy at any gainful occupation for which you are reasonable qualified taking into account your training, education, experience and Predisability Earnings.

**000033**                    EXHIBIT A

If you are a member of Class III, "Disabled" or "Disability" means that, due to sickness, pregnancy or accidental injury, you are receiving Appropriate Care and Treatment from a Doctor on a continuing basis and

1.   During the Elimination Period you are Totally Disabled;

2.   after your Elimination Period, you are unable to earn more than 80% of your Predisability Earnings at your Own Occupation from any employer in your Local Economy.

Your loss of earnings must be a direct result of your sickness, pregnancy or accidental injury. Economic factors such as, but not limited to, recession, job obsolescence, pay cuts and job-sharing will not be considered in determining whether you meet the loss of earnings test.

For an employee whose occupation requires a license, "loss of license" for any reason does not, in itself, constitute Disability.

"Appropriate Care and Treatment" means medical care and treatment that meet all of the following:

1.   it is received from a Doctor whose medical training and clinical experience are suitable for treating your Disability;

2.   it is necessary to meet your basic health needs and is of demonstrable medical value;

3.   it is consistent in type, frequency and duration of treatment with relevant guidelines of national medical, research and health care coverage organizations and governmental agencies;

4.   it is consistent with the diagnosis of your condition; and

5.   its purpose is maximizing your medical improvement.

"Doctor" means a person who: (i) is legally licensed to practice medicine; and (ii) is not related to you. A licensed medical practitioner will be considered a Doctor:

1.   if applicable state law requires that such practitioners be recognized for the purposes of certification of disability; and

2.   the care and treatment provided by the practitioner is within the scope of his or her license.

"Own Occupation" means the activity that you regularly perform and that serves as your source of income. It is not limited to the specific position you held with your Employer. It may be a similar activity that could be performed with your Employer or any other employer.

"Local Economy" means the geographic area surrounding your place of residence which offers reasonable employment opportunities. It is an area within which it would not be unreasonable for you to travel to secure employment. If you move from the place you resided on the date you became Disabled, we may look at both that former place of residence and your current place of residence to determine local economy.

**000034**   EXHIBIT A

**Work Incentive**

While you are Disabled and Monthly Benefits are being paid to you, you are encouraged to work or participate in a Rehabilitation Program.

If you are a member of Class I, your Monthly Benefit will end on the date you cease or refuse to participate in a Rehabilitation Program approved by your Doctor.

When you work while Disabled, you will receive the sum of the following amounts:

1.      your Monthly Benefit; and

2.      the amount of your earnings for working while Disabled.

During the 12 month period following your Elimination Period, your Monthly Benefit will be reduced if the total amount you receive from the above sources and Other Income Benefits exceeds 100% of your Predisability Earnings. Your Monthly Benefit will be reduced by that portion of the amount you receive which exceeds 100% of your Predisability Earnings.

After the 12 month period described above, your Monthly Benefit will be reduced by 50% of your earnings from working while Disabled. Your Monthly Benefit will be further reduced if the total amount you receive from the above sources and Other Income Benefits exceeds 80% of your Predisability Earnings. Your Monthly Benefit will be reduced by that portion of the amount you receive which exceeds 80% of your Predisability Earnings.

If your Monthly Benefit is reduced as a result of your receiving earnings from any work or service while Disabled, the Minimum Monthly Benefit will not apply.

"Rehabilitation Program" means:

1.      a return to active employment by you on either a part-time or full-time basis in an attempt to enable you to resume gainful employment or service in an occupation for which you are reasonably qualified taking into account your training, education, experience and past earnings; or

2.      participating in vocational training or physical therapy. This must be deemed by one of our rehabilitation coordinators to be appropriate.

**Predisability Earnings**

"Predisability Earnings" means your total compensation as determined by your Employer, as of the day prior to the date your Disability begins.

Total compensation is updated each January 1st, and is calculated on a yearly basis as of June 30th of the prior calendar year. Total compensation will include:

1.      annual base salary as of June 30th of the prior year; and

2.      commissions paid during the calendar year preceding the prior year; and

3.      bonuses paid (excluding any annual incentive) during the calendar year preceding the prior year;

4.      annual discretionary awards dated in the current year for the prior year's performance; and

5.      any short term disability benefit paid to commission-only employees in the calendar year that precedes the prior year, and as determined by the Employer for subsequent years.

EXHIBIT A

If you are hired or re-hired on or after June 30th of the prior year, your Predisability Earnings is your annual base pay as of your date of hire or re-hire.

If you are a Global Wealth Management Financial Advisor, your Predisability Earnings is deemed to be $60,000 in your first year of employment. If you earned more than $60,000 at a previous employer in the prior year, and want your insurance coverage to represent your prior earnings, you must provide a copy of your previous year's Internal Revenue Service Form W-2 Wage and Tax Statement to your Employer within 30 days after your date of hire.

Predisability Earnings do not include:

1.      overtime pay;

2.      your Employer's contributions on your behalf to any deferred compensation arrangement or pension plan; or

3.      any other compensation.

**B.      Reduction of Benefits - Other Income Benefits**

Your Monthly Benefit is reduced by Other Income Benefits shown below. The Monthly Benefit payable to you:

1.      will not be less than the amount shown in Plan Highlights under Minimum Monthly Benefit (except in the case of an Overpayment or while receiving work earnings);

2.      will not be further reduced due to cost-of-living increases payable under Other Income Benefits after the correct reduction has been determined;

3.      will not be reduced by any reasonable attorney fees included in any award or settlement; and

4.      will not be reduced by any sources other than those shown below.

If you receive Other Income Benefits in a lump sum instead of in monthly payments, you must provide to us satisfactory proof of the breakdown of: (i) the amount attributable to lost income; and (ii) the time period for which the lump sum is applicable. If you do not provide this information to us, we may reduce your Monthly Benefit by an amount equal to the Monthly Benefit otherwise payable. We will reduce the Monthly Benefit each month until the lump sum has been exhausted. However, if we are given proof of the time period and amount attributable to lost income, we will make a retroactive adjustment.

**List of Sources of Other Income Benefits**

1.      **Federal Social Security Act, Railroad Retirement Act, Canada Pension Plan, or any provincial pension or disability plan, or the Canada Old Age Security Act**

   a.      benefits that you receive because of your disability or retirement will be counted; and

   b.      benefits available with respect to your spouse and dependents (regardless of marital status or their place of residence) because of your disability or retirement will be counted. If you are divorced or legally separated, benefits paid directly to your dependents and not taken into constructive receipt by you will not be counted.

**Estimating Social Security Benefits**

We reserve the right to reduce your Monthly Benefit by estimating the Social Security disability benefits you may be eligible to receive.

EXHIBIT A

000036

Your Monthly Benefit will not be reduced by estimated Social Security disability benefits during the first 24 months of Monthly Benefit payments if, prior to the end of the 6 month period following the date you became disabled:

1.    you provide proof that you have applied for Social Security disability benefits;

2.    you have signed the Reimbursement Agreement which confirms that you will repay all Overpayments; and

3.    you have signed the form authorizing the Social Security Administration to release information on awards directly to us.

If you have not received approval or final denial of your claim from the Social Security Administration by the end of this 24 month period, we will begin reducing your Monthly Benefit by an estimate of Social Security disability benefits. For purposes of this section, final denial of your claim means that you have received a "Notice of Denial of Benefits" from an Administrative Law Judge.

In any case, when you do receive approval or final denial of your claim from the Social Security Administration:

1.    your Monthly Benefit will be adjusted; and

2.    you must promptly refund to us an amount equal to all Overpayments. If you do not promptly make such a refund to us, we may, at our option, reduce or offset against any future benefits payable to you, including the Minimum Benefit.

**2.    Group Insurance Policies**

Group insurance policies will be counted if the Employer contributes towards them or makes payroll deduction for any of the following:

a.    other group health insurance policies will be counted to the extent that they provide benefits for loss of time from work due to disability; and

b.    a group life policy that provides installment payments for permanent total disability will be counted.

**3.    Work Earnings** will not be used to reduce your Monthly Benefit except as described in Work Incentive.

**4.    Employer's Retirement Plan**

Benefits for disability and/or retirement that you receive under the Employer's retirement plan will be counted to the extent they are attributable to the Employer's contributions.

Benefits under the Employer's retirement plan that are payable for disability is money which:

a.    is payable under a retirement plan due to a disability as defined in that plan; and

b.    does not reduce the amount of money which would have been paid as retirement benefits at the normal retirement age under the plan if the disability had not occurred. (If the payment does cause such a reduction it will be deemed a retirement benefit as defined below.)

EXHIBIT A

Benefits under the Employer's retirement plan that are payable upon retirement is money which:

a.  is payable under the Employer's retirement plan either in a lump sum or in the form of periodic payments;

b.  is payable upon:

    i.  the later of age 62 or normal retirement age as defined in the retirement plan;

    ii.  early retirement age as defined in the retirement plan. (You must have voluntarily elected to receive payments prior to your normal retirement age); or

    iii.  disability as defined in the retirement plan. (You must have voluntarily elected to receive payment prior to your normal retirement age and such payment does reduce the amount of money which would have been paid at the normal retirement age under the plan if the disability had not occurred); and

    NOTE: You will be considered to have voluntarily elected to receive payments if you file an application for benefits with the Retirement Plan and request the start of payments prior to your normal retirement age.

c.  does not represent contributions made by you. Payments which represent your contributions are deemed to be received over your expected remaining life regardless of when such payments are actually received.

The Employer's Retirement Plan is a plan which provides retirement benefits to Employees and which is not funded wholly by Employee contributions. The term shall not include the following, regardless of the source of contributions:

a.  profit sharing plans;

b.  thrift or savings plans;

c.  non-qualified plans of deferred compensation;

d.  plans under IRC Section 401(k) or 457;

e.  individual retirement accounts (IRA);

f.  tax sheltered annuities (TSA) under IRC Section 403(b);

g.  stock ownership plans; or

h.  Keogh (HR-10) plans.

5.  **No-fault Auto Laws**

Only the basic reparations portion for loss of income of a law providing for payments without determining fault in connection with automobile accidents will be counted. Supplemental disability benefits you buy under a no-fault auto law will not be counted.

6.  **Other Programs or Plans including:**

a.  a compulsory benefit program of any government which provides payment for loss of time from your job because of your disability will be counted;

**000038**

EXHIBIT A

    **b.**    any other group disability income plan, fund, or other arrangement, no matter what called, if the Employer contributes toward it or makes payroll deductions for it, will be counted; or

    **c.**    any sick pay or other salary continuation, other than vacation pay, paid to you by the Employer will be counted.

**7.**    **Workers' Compensation or a Similar Law**

    Periodic benefits and substitutes and exchanges for periodic benefits will be counted.

**8.**    **Occupational Disease Laws**

**9.**    **Maritime Maintenance & Cure**

**10.**    **Third Party Recovery**

    The amount of recovery you receive for loss of income as a result of claims against a third party by judgment, settlement or otherwise.

**11.**    **Unemployment Insurance Law or Program**

**Exceptions to Other Income Benefits**

Other Income Benefits will not include:

**1.**    group credit or mortgage disability insurance benefits; or

**2.**    early retirement benefits not taken into constructive receipt; or

**3.**    individual insurance policies.

**C.**    **Supplemental Benefits**

**Survivors Benefit**

If you die while you are receiving benefit payments under This Plan, your spouse or unmarried children under age 25 may be eligible for a lump sum Survivors Benefit.

The amount of the Survivors Benefit is equal to 6 times the Monthly Benefit before reductions for Other Income Benefits. The amount of Survivors Benefit payable is reduced by any Overpayment which we are entitled to recover.

We will pay the Survivors Benefit to your Eligible Survivor, if the following conditions are met:

**1.**    you have completed your Elimination Period;

**2.**    you are eligible to receive a Monthly Benefit at the time of death;

**3.**    you have an Eligible Survivor; and

**4.**    proof of your death is provided to us.

000039

EXHIBIT A

An Eligible Survivor is one of the following:

1.      your surviving spouse, civil union partner or Domestic Partner; or

2.      if there is no surviving spouse, your unmarried children or your spouse's unmarried children under age 25. The term children also includes adopted children and children placed for adoption until legal adoption. Payment will be divided into equal shares among the eligible children.

**"Domestic Partner"** means each of two people, one of whom is an Employee of the Employer who represent themselves publicly as each other's domestic partner and have:

1.   registered as domestic partners or members of a civil union with a government agency or office where such registration is available; or

2.   submitted a domestic partner declaration to the Employer.

The domestic partner declaration must be signed by both parties, and establish that:

1.   each person is 18 years of age or older;

2.   neither person is married;

3.   neither person has had another domestic partner within 6 months prior to the date of the declaration;

4.   they have shared the same residence for at least 6 months prior to the date of the declaration;

5.   they are not related by blood in a manner that would bar their marriage in the jurisdiction in which they reside;

6.   they have an exclusive mutual commitment to share the responsibility for each other's welfare and financial obligations which commitment existed for at least 6 months prior to the date of the declaration, and such commitment is expected to last indefinitely; and

7.   2 or more of the following exist as evidence of joint responsibility for basic financial obligations to be submitted to Employer:

   a.      a joint mortgage or lease; and

   b.      designation of the Domestic Partner as beneficiary for life insurance or retirement benefits; joint wills or designation of the Domestic Partner as executor and/or primary beneficiary; and

   c.      designation of the Domestic Partner as durable power of attorney or health care proxy; and

   d.      ownership of a joint bank account, joint credit cards; and

   e.      other evidence of economic interdependence.

We will pay a Survivors Benefit to your Eligible Survivor on the date one month after the last Monthly Benefit payment was made before your death. However, if there is no Eligible Survivor on the date payment is due to be paid, no payment will be made.

Payment to a minor child may be made to an adult who submits proof satisfactory to us that he/she has assumed custody and support of the child.

**000040**

EXHIBIT A

**Conversion Privilege**

You may be eligible to convert to a long term disability conversion plan when your employment ends. This plan only provides coverage for long term disabilities. Evidence of Good Health will not be required. However, you must meet the following conditions:

1.    you must have been covered under this Conversion Privilege, or a similar Conversion Privilege under a plan that This Plan replaced, for at least 12 months prior to the date your employment ends;

2.    your coverage under This Plan must end as a result of termination of your employment with the Employer, other than as a result of retirement; and

3.    you apply in writing and pay the first premium for the long term disability conversion plan within 31 days after your coverage under This Plan ends.

The maximum amount you may convert is $3,000.

This Conversion Privilege is not available to you if:

1.    your coverage under This Plan ends for any of the following reasons:

    a.    This Plan ends;

    b.    This Plan is amended to exclude the class of Employees to which you belong;

    c.    you no longer belong to a class of Employees eligible for coverage under This Plan;

    d.    you retire; or

    e.    you do not make a payment which is required by the Employer to the cost of This Plan.

2.    you are Disabled under the terms of This Plan; or

3.    you become covered under any other long term disability plan within 31 days after your coverage under This Plan ends.

The conversion coverage will become effective on the day after your coverage under This Plan ends. The format, benefits provided, premium, and other terms of the conversion coverage may differ from those provided under This Plan. We reserve the right to have the conversion coverage issued by another insurance company.

**D.    Temporary Recovery**

Once benefits become payable under This Plan, you may Temporarily Recover from your Disability. If you become Disabled again due to the same or related condition, you may not have to begin a new Elimination Period.

Once you have satisfied your Elimination Period, a period of Temporary Recovery is your return to work for less than 6 months for each period of Temporary Recovery.

EXHIBIT A

000041

During the Temporary Recovery you will not qualify for any change in coverage caused by a change in any of the following:

1.      the rate of earnings used to determine your Predisability Earnings; or

2.      the terms, provisions, or conditions shown in your Certificate of Insurance.

If your recovery lasts longer than the Temporary Recovery period allowed, when you become Disabled again you will have to begin a new Elimination Period.

**E.      Concurrent Disability**

If a new Disability occurs while Monthly Benefits are payable, it will be treated as part of the same period of Disability. Monthly Benefits will continue while you remain Disabled. They will be subject to both of the following:

1.      the Maximum Benefit Duration; and

2.      Limitations and Exclusions that apply to the new cause of Disability.

**F.      Limitations**

**Limitation for Pre-existing Conditions**

You may be Disabled due to a Pre-existing Condition. No benefits are payable under This Plan in connection with that Disability unless your Elimination Period starts after you have been an Active Employee under This Plan for 12 consecutive months.

A Pre-existing Condition is an injury, sickness, or pregnancy for which you in the 3 months before your Effective Date:

1.      received medical treatment, consultation, care, or services;

2.      took prescription medications or had medications prescribed; or

3.      had symptoms or conditions which would cause a reasonably prudent person to seek diagnosis, care, or treatment.

If you cannot satisfy the above limitation and you were covered under the plan that This Plan replaced at the time of transfer, benefits may be payable under This Plan. We will give consideration towards the continuous time you were covered under the prior plan and This Plan. If you then satisfy the above limitation, the maximum Monthly Benefit payable under This Plan will not exceed the lesser of: (i) the Maximum Benefit under This Plan; and (ii) the maximum benefit under the prior plan.

**Limitation for Disability due to Mental or Nervous Disorders or Diseases, and Drug, Alcohol or Substance Abuse or Dependency**

Monthly Benefits are limited to 24 months during your lifetime if you are Disabled due to:

1.      alcohol abuse;

2.      drug or substance addiction; or

3.      Mental or Nervous Disorders or Diseases. **000042**          EXHIBIT A

If your Disability is due to alcohol abuse, drug or substance addiction, we require you to participate in an alcohol, drug or substance addiction recovery program recommended by a Doctor. We will end Monthly

Benefit payments as of the earliest of the period described above or the date you cease, refuse to participate, or complete such recovery program.

If you are confined in a Hospital or Institution for treatment at the end of the 24 month period, your Benefits will continue until the date you are discharged.

This limitation will not apply to a Disability resulting from:

1.      schizophrenia;

2.      bipolar disorder;

3.      dementia; or

4.      organic brain disease.

"Hospital or Institution" means a facility licensed to provide care and treatment for your condition. Rest homes, nursing homes, convalescent homes, homes for the aged, and facilities primarily affording custodial, educational, or rehabilitative care are not acceptable as hospitals or institutions under This Plan.

"Mental or Nervous Disorder or Disease" means a medical condition which meets the diagnostic criteria set forth in the most recent edition of the Diagnostic And Statistical Manual Of Mental Disorders as of the date of your Disability.  A condition may be classified as a Mental or Nervous Disorder of Disease regardless of its cause.

In no event will Monthly Benefits be payable longer than the Maximum Benefit Duration shown in the Plan Highlights.

**G.      Exclusions**

This Plan does not cover any Disability which results from or is caused by or contributed to:

1.      war, insurrection, or rebellion;

2.      active participation in a riot;

3.      intentionally self-inflicted injuries or attempted suicide; or

4.      committing a felony.


"Participation" means all forms of taking part in, except actions taken in defense of:

1.      public or private property;

2.      yourself; or

unless such actions are taken against persons seeking to maintain or restore law and order.

**000043**

EXHIBIT A

"Riot" means all forms of public violence, disorder or disturbance of the peace by three or more persons. It does not matter whether:

**1.**      there was common intent; or

**2.**      there was intent to damage any person or property, or to break the law.

Form G.24303-1
as amended by GCSCR04-1/ctg and GCR02-dp

## TERMINATION OF COVERAGE

**This provision applies to you if you are not Disabled.**

You will cease to be covered on the earliest of the following dates:

**1.**      the date This Plan terminates;

**2.**      the date you cease to be an Eligible Employee;

**3.**      the date you stop making any required contributions;

**4.**      the date you go on strike or are locked out; or

**5.**      the date you are laid-off.

**Approved Leave of Absence**

Your Employer may continue your coverage for an approved leave of absence by paying the required premium payments. Coverage may continue until the earliest of:

**1.**      the date the Employer stops paying the required premium;

**2.**      the date the leave ends; or

**3.**      the last day of the month in which your leave of absence begins.

In the event the leave qualifies under the Family and Medical Leave Act of 1993 (FMLA), the period may be extended for a period agreed to by you and your Employer. It may not exceed 12 weeks following the date the leave begins. Your Employer must continue to pay the required premium.

In Connecticut, the FMLA period can be up to 16 weeks in any 12-month period following the date the leave of absence begins.

**Reinstatement of Coverage**

If your coverage ends, you may become covered again as an Eligible Employee. Coverage is subject to the following:

**1.**      If your coverage ends because you cease to be an Eligible Employee, and if you become an Eligible Employee again within 3 months, the Eligibility Waiting Period will be waived. You will not have to provide Evidence of Good Health.

**000044**

EXHIBIT A

2.   If your coverage ends because you cease making the required contribution while on an approved Family Medical Leave Act (FMLA) leave of absence, and you become an Eligible Employee again within 31 days of the earlier of:

    a.   the end of the period of leave you and your Employer agreed upon; or

    b.   the end of the 12 week period following the date your leave began;

the Eligibility Waiting Period will be waived and you will not have to provide Evidence of Good Health.

3.   In all other cases, if your coverage ends because you fail to make the required contribution, you must provide Evidence of Good Health to become covered again.

4.   If you become covered again as described in 1. and 2. above, the Pre-existing Condition Limitation will be applied as if there had been no gap in coverage.

Form G.24303-D

## EXTENSION OF BENEFITS

**This provision applies if your coverage ceases while you are Disabled.**

During your Elimination Period your coverage will continue while you are continuously Disabled until the end of your Elimination Period. Benefits will begin after the end of your Elimination Period. Your coverage will continue in either of the following situations:

1.   This Plan terminates; or

2.   you cease to be an Eligible Employee but required payments are made to us.

Benefits are payable if your Disability began while coverage was in force and continues without interruption after termination.

Extension of benefits beyond the period coverage was in force is limited to the Maximum Benefit Duration. Extension of benefits is subject to all of the following:

1.   your Elimination Period; and

2.   payment of any required contributions; and

3.   all other applicable provisions of This Plan.

Form G.24303-C

000045            EXHIBIT A

## CLAIMS

**Notice of Disability**

Notify us of your Disability as soon as you are able.

To notify us you may call us directly. You may obtain this phone number from your Employer. You will be instructed on how to give proof of Disability. You will be required to answer all questions concerning your Disability.

If you do not receive statements or instructions within 15 days after you have notified us, you may submit your statement in a letter.

**Proof of Disability**

Provide proof of Disability within 3 months after the end of your Elimination Period.

No benefits are payable for claims submitted more than one year after the date of Disability. However, you can request that benefits be paid for late claims if you can show that:

1.  it was not reasonably possible to give written proof of Disability during the one year period; and

2.  proof of Disability satisfactory to us was given to us as soon as was reasonably possible.

**Documentation**

At your expense, you must provide documented proof of your Disability. Proof includes, but is not limited to:

1.  the date your Disability started;

2.  the cause of your Disability; and

3.  the prognosis of your Disability.

You will be required to provide signed authorization for us to obtain and release medical and financial information, and any other items we may reasonably require in support of your Disability.

These will include but are not limited to:

1.  proof of continuing Disability;

2.  proof you have applied, or are not eligible, for Other Income Benefits. If you do not provide proof you have applied for Other Income Benefits, we may reduce your Monthly Benefit. The reduction will be based on our estimate of what you would be eligible to receive through proper and timely pursuit;

3.  proof that you applied for Social Security disability benefits until denied at the Administrative Law Judge level; and

4.  proof you have applied for Workers' Compensation benefits or benefits under a similar law. If you do not provide proof that you have applied for these benefits, we may reduce your Monthly Benefit. The reduction will be based on our estimate of what you would be eligible to receive through proper and timely pursuit.

If you do not provide satisfactory documentation within 60 days after the date we ask for it, your claim may be denied.

**000046**

EXHIBIT A

20

**Method of Payment**

When we determine you are Disabled:

1.      Monthly Benefits are paid one month after you qualify for them. Such benefits will be paid on a monthly basis thereafter.

2.      Benefits will be paid to you. However, benefits unpaid at your death will be paid to:

   a.      your spouse, if living; otherwise

   b.      your children, if living, divided equally;

   c.      your estate. If benefits are payable to your estate, we may pay up to $1,500 to someone related to you by blood or by marriage whom we deem entitled to this amount. We will be discharged to the extent of any payment made in good faith.

3.      Monthly Benefits due for a period of less than a month will be paid as a fraction of the Monthly Benefit payable, calculated as: 1 divided by the number of days in the month.

**Right To Recover Overpayments**

We have the right to recover from you any amount that we determine to be an Overpayment. You have the obligation to refund to us any such amount. Our rights and your obligations in this regard are also set forth in the reimbursement agreement you are required to sign when you become eligible for benefits under This Plan. This agreement: (i) confirms that you will repay all Overpayments; and (ii) authorizes us to obtain any information relating to Other Income Benefits.

An Overpayment occurs when we determine that the total amount paid by us on your claim is more than the total of the benefits due under This Plan. This includes any Overpayments resulting from:

1.      retroactive awards received from sources shown in the List of Other Income Benefits;

2.      fraud; or

3.      any error we make in processing your claim.

The Overpayment equals the amount we paid in excess of the amount we should have paid under This Plan. In the case of a recovery from a source other than This Plan, our Overpayment recovery will not be more than the amount of the recovery.

You have the right to appeal any Overpayment recovery.

An Overpayment also occurs when payment is made by us that should have been made under another group plan. In that case, we may recover the payment from one or more of the following:

1.      any other insurance company;

2.      any other organization; or

3.      any person to or for whom payment was made.

000047                    EXHIBIT A

We may, at our option, recover the Overpayment by:

1.   reducing or offsetting against any future benefits payable to you or your survivors;

2.   stopping future benefit payments (including Minimum Benefits) which would otherwise be due under This Plan. Payments may continue when the Overpayment has been recovered; or

3.   demanding an immediate refund of the Overpayment from you.

**Legal Actions**

No legal action of any kind may be filed against us:

1.   within the 60 days after proof of Disability has been given; or

2.   more than three years after proof of Disability must be filed. This will not apply if the law in the area where you live allows a longer period of time to file proof of Disability.

**Medical Examinations**

We will have the right to have you examined at reasonable intervals by medical specialists of our choice. The examination will be at our expense. Failure to attend a medical examination or cooperate with the medical examiner may be cause for denial or suspension of your benefits.

**Incontestability of Coverage**

This Plan cannot be declared invalid after it has been in force for 2 years. It can be declared invalid due to non-payment of premium.

No statement of health used by any person to get coverage can be used to declare coverage invalid if the person has been covered under This Plan for 2 years. In order to use a statement of health to deny coverage before the end of 2 years, it must have been signed by the person. A copy of the signed statement must be given to the person or the person's beneficiary.

**Assignment**

You may not assign your benefits. This means that you may not give or transfer your benefits to anyone else.

**Workers' Compensation**

This Plan is not in lieu of, and does not affect, any requirement for coverage by Workers' Compensation Insurance or any government mandated temporary disability income benefits law.

Form G.24303-E

000048

EXHIBIT A

**THIS IS THE END OF THE CERTIFICATE. THE FOLLOWING IS ADDITIONAL INFORMATION.**

EXHIBIT A

## SPECIAL SERVICES

## SOCIAL SECURITY ASSISTANCE PROGRAM

If you become Disabled MetLife provides you with assistance in applying for Social Security disability benefits. Before outlining the details of this assistance, you should understand why applying for Social Security disability benefits is important.

**Why You Should Apply For Social Security Disability Benefits**

Both you and your Employer contribute payroll taxes to Social Security. A portion of those tax dollars are used to finance Social Security's program of disability protection. Since your tax dollars help fund this program, it is in your best interest to apply for any benefits to which you may be entitled. Your spouse and children may also be eligible to receive Social Security disability benefits due to your Disability.

There are several reasons why it may be to your financial advantage to receive Social Security disability benefits. Some of them are:

1.   **Avoids reduced retirement benefits**

     Should you become disabled and approved for Social Security disability benefits, Social Security will freeze your earnings record as of the date Social Security determines that your disability has begun. This means that the months/years that you are unable to work because of your disability will not be counted against you in figuring your average earnings for retirement and survivors benefit.

2.   **Medicare Protection**

     Once you have received 24 months of Social Security disability benefits, you will have Medicare protection for hospital expenses. You will also be eligible to apply for the medical insurance portion of Medicare.

3.   **Trial Work Period**

     Social Security provides a trial work period for the rehabilitation efforts of disabled workers who return to work while still disabled. Full benefit checks can continue for up to 9 months during the trial work period.

4.   **Cost of Living Increases Awarded by Social Security Will Not Reduce Your Disability Benefits**

     MetLife will not decrease your Disability benefit by the periodic cost of living increases awarded by Social Security. This is also true for any cost of living increases awarded by Social Security to your spouse and children.

     This is called a Social Security "freeze." It means that only the Social Security benefit awarded to you and your dependents will be used by MetLife to reduce your Disability benefit; with the following exceptions:

     a.   an error by Social Security in computing the initial amount;

     b.   a change in dependent status; or

EXHIBIT A

c.    your Employer submitting updated earnings records to Social Security for earnings received prior to your Disability.

Over a period of years, the net effect of these cost of living increases can be substantial.

**How MetLife Assists You in the Social Security Approval Process**

As soon as you are approved for Disability benefits, MetLife begins assisting you with the Social Security approval process.

1.    **Contact Prior to Application For Social Security Disability Benefits**

Before you even apply for Social Security disability benefits. We will help you determine the best time to apply for Social Security disability benefits. A MetLife Case Management Specialist begins assisting you with the application process at that time. The Specialist personally contacts you by phone to explain, in detail, how to apply for Social Security disability benefits and the advantages of doing this. We provide you with a list of items needed by Social Security in order to complete your claim.

2.    **Assistance Throughout the Application Process**

MetLife has a dedicated team of Social Security Specialists. These Specialists, many of whom have worked for the Social Security Administration, are also located within our Claim Department. They provide expert assistance upfront and help guide you through the application process.

3.    **Guidance Through Appeal Process by Social Security Specialists**

Social Security disability benefits may be initially denied, but are often approved following an appeal. If your benefits are denied, our dedicated team of Social Security Specialists provide expert assistance on an appeal if your situation warrants continuing the appeal process. They guide you through each stage of the appeal process. These stages may include:

a.    Reconsideration by the Social Security Administration

b.    Hearing before an Administrative Law Judge

c.    Review by an Appeals Council established within the Social Security Administration in Washington, D.C.

d.    A civil suit in Federal Court

4.    **Social Security Attorneys and Vendors**

Depending on your individual needs, MetLife may provide a referral to an attorney or vendor who specializes in Social Security law. The cost for these attorneys is deducted from the amount you must repay to us if the retroactive Social Security disability benefits you later receive result in MetLife having paid more Disability benefits than we should have paid.

EXHIBIT A

## EARLY INTERVENTION PROGRAM

The MetLife Early Intervention Program is offered to all covered Employees, and your participation is voluntary. The program helps identify early those Employees who might benefit from vocational analyses and rehabilitation services before they are eligible for Long Term Disability Benefits. Early rehabilitation efforts are more likely to reduce the length of your disability and help you return to work sooner than expected.

If you cannot work, or can only work part-time due to a disability, your Employer will notify MetLife. Our Rehabilitation Coordinators may be able to assist you by:

1.  Reviewing and evaluating your disabling condition, even before a claim for Long Term Disability Benefits is submitted (with your consent);
2.  Designing individualized return to work plans that focus on your *abilities*, with the goal of return to work;
3.  Identifying local community resources;
4.  Coordinating services with other benefit providers, including: medical carrier, short term disability carrier*, workers' compensation carrier, and state disability plans;
5.  Monitoring return to work plans in progress and modifying them as recommended by the attending physician (with your consent).

Our assistance is offered at no cost to either you or your Employer.

*   If you also have MetLife Short Term Disability coverage or Salary Continuance Plan Management, these services are provided automatically. Notification by your Employer is not necessary.

## RETURN TO WORK PROGRAM

**Goal of Rehabilitation**

The goal of MetLife is to focus on Employees' **abilities,** instead of disabilities. This "abilities" philosophy is the foundation of our Return to Work Program. By focusing on what Employees **can do** versus what they can't, we can assist you in returning to work sooner than expected.

**Incentives For Returning To Work**

Your disability plan is designed to provide clear advantages and financial incentives for returning to work either full-time or part-time, while still receiving a Disability benefit. In addition to financial incentives, there may be personal benefits resulting from returning to work. Many Employees experience higher self-esteem and the personal satisfaction of being self-sufficient and productive once again. If it is determined that you are capable but you do not participate in the Return to Work Program, your Disability benefits may cease.

**Vocational Rehabilitation Services**

As a covered Employee you are automatically eligible to participate in our Return to Work Program. The Program focus is vocational rehabilitation, which means identifying the necessary training and therapy that can help you return to work. In many cases, this means helping you return to your former occupation, although rehabilitation can also lead to a new occupation which is better suited to your condition and makes the most of your abilities.

EXHIBIT A

There is no additional cost to you for the services we provide, and they are tailored to meet your individual needs. These services include, but are not limited to, the following:

1.   **Vocational Analyses**

Assessment and counseling to help determine how your skills and abilities can be applied to a new or a modified job with your Employer.

2.   **Labor Market Surveys**

Studies to find jobs available in your locale that would utilize your abilities and skills.

3.   **Retraining Programs**

Programs to facilitate return to your previous job, or to train you for a new job.

4.   **On-Site Job Analyses**

Analyses to determine what modifications may be made to maximize your employment opportunities.

5.   **Job Modifications/Accommodations**

Changes in your job or accommodations to help you perform the previous job or a similar vocation, as required of your Employer under the Americans With Disabilities Act (ADA).

6.   **Training in Job Seeking Skills**

Special training to identify abilities, set goals, develop resumes, polish interviewing techniques, and provide other career search assistance.

**Rehabilitation Staff**

The Case Management Specialist handling your claim will begin the rehabilitation process. You may be referred to our professional Rehabilitation staff that includes Registered Nurses and vocational rehabilitation coordinators. Registered Nurses might address how your medical condition impacts your ability to return to work. Vocational rehabilitation coordinators will focus on identifying how your abilities can be best applied to either your previous job or a new job.

These rehabilitation specialists will contact you personally. They will coordinate their activities with your medical carrier and/or attending physician for a broad understanding of your diagnosis, prognosis, and expected return to work date.

**Rehabilitation Vendor Specialists**

In many situations, the services of independent vocational rehabilitation specialists may be utilized. Services are obtained at no additional cost to you; MetLife pays for all vendor services. Selecting a rehabilitation vendor is based on:

1.   Attending physician's evaluation and recommendations;

2.   Your individual vocational needs; and

3.   Vendor's credentials, specialty, reputation, and experience.

When working with vendors, you and your Doctor still maintain control and direction of the case.

EXHIBIT A

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dolly Gee and the assigned discovery Magistrate Judge is Jacqueline Chooljian.

The case number on all documents filed with the Court should read as follows:

## CV13-1016 DMG (JCx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:



[ ] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

Frank N. Darras #128904                    (909) 390-3770
Lissa A. Martinez #206994
Susan B. Grabarsky #203004
Phillip S. Bather #273236
DARRASLAW
3257 East Guasti Road, Suite 300, Ontario, CA 91761
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

STEVEN WEINSTEIN,

                                    PLAINTIFF(S)

                    v.

METROPOLITAN LIFE INSURANCE COMPANY; and,
CITIGROUP EMPLOYEE HEALTH AND WELFARE
BENEFIT PLAN,

                                    DEFENDANT(S).

CASE NUMBER

CV 13-1016-DMG (JCx)

**SUMMONS**

TO:    DEFENDANT(S):

       A lawsuit has been filed against you.

       Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _____DARRASLAW_____, whose address is ____3257 East Guasti Road, Suite 300, Ontario, California 91761 (909) 390-3770____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: ___2-12-13___

By: ___Rhonda Marshall___
           Deputy Clerk

           *(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                          SUMMONS

ORIGINAL



American LegalNet, Inc.
www.FormsWorkFlow.com

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br><br>STEVEN WEINSTEIN, | **DEFENDANTS**<br><br>METROPOLITAN LIFE INSURANCE COMPANY; and,<br>CITIGROUP EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN, |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>DarrasLaw                    (909) 390-3770<br>3257 E. Guasti Road, Suite 300, Ontario, CA 91761 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No          ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C.§§1331, 1337 & 29 U.S.C.§1132(a),(e),(f) & (g) of the Employee Retirement Income Security Act of 1974, 29 U.S.C.§1101, et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS – PERSONAL INJURY | TORTS – PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | **IMMIGRATION** | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

American LegalNet, Inc.
www.FormsWorkflow.com

CV 13-1016

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
#### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No   ☐ Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No   ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or

☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.  Involve the same patent, trademark or copyright, __and__ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Metropolitan Life Insurance Company - New York<br>Citigroup Employee Health and Welfare Benefit Plan - New York |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER):   _____   Date February 11, 2013

LISSA A. MARTINEZ

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but  is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program.  (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com